United States District Court

For the Southern District of Georgia

Joseph Alexander

Plaintiff                                Case No.

v.

Dawn Hill- Kearse, Sergio Jimenez        CV126- 023      Jury Trial demanded

Defendant

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JAN 2 6 2026

FILED

## COMPLAINT FOR A CIVIL CASE

1. Upon information and belief, Defendants conspired together and intentionally delayed the calendar of motions, in violation of due process,

2. The basis for this court's jurisdiction is federal law.

## RELIEF

Plaintiff demands compensation of $500,000.

## CERTIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

1/10/2026

Joseph Alexander

60 1st Ave

Seattle, WA 98102



UNITED STATES
OF AMERICA

FOREVER/USA

US District Court Clerk's Office

600 James Brown Blvd.

Augusta, GA 30901

309018235i C065