AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSEPH ALEXANDER,

v.

DAWN HILL-KEARSE and SERGIO JIMENEZ,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:26-cv-00023

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered March 17, 2026, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. This case is dismissed without prejudice.



3/17/2026
_Date_

John E. Triplett, Clerk of Court
_Clerk_

_(By) Ann Duke, Deputy Clerk_

GAS Rev 10/2020